IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

BRIDGETTE ARZEL TURNER,
ADC #706745, et al.                                                                                    PLAINTIFFS

v.                                              1:08CV00026JMM/HLJ

SONYA DOUGLAS, et al.                                                                          DEFENDANTS

## ORDER

The motions to be dismissed as a party, filed by plaintiff Polly Stratton (DE ##8, 9) are hereby GRANTED.

IT IS SO ORDERED this 19th day of May, 2008.

_____
United States District Judge