IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

BRIDGETTE A. TURNER,
ADC #706745, et al.                                                              PLAINTIFFS

v.                                      1:08CV00026JMM/HLJ

SONYA DOUGLAS, et al.                                                        DEFENDANTS

<u>ORDER</u>

Plaintiffs Brigette Turner and Catherynne W. Kendrick originally filed this action pursuant

to 42 U.S.C. § 1983, listing as co-plaintiffs Francis R. Perry and Polly Stratton.  By Order dated May

5, 5008 (DE #4), this Court denied the <u>in forma pauperis</u> applications filed by plaintiffs Turner and

Kendrick and directed all four plaintiffs to submit to the Court <u>in forma pauperis</u> applications which

included the appropriate financial information, or the $350.00 filing fee.  The Court also directed

plaintiffs Perry and Stratton to submit signed copies of the complaint to the Court within thirty days

of the date of the Order.

By Order dated May 19, 2008, this Court granted Polly Stratton's motions to be dismissed

as a party.  Plaintiff Francis Perry filed motions to proceed <u>in forma pauperis</u> (DE ##19, 20) and for

temporary restraining order (DE #21), but has not filed a signed copy of the complaint as directed

by the Court's May 5, 2008 Order.  In addition, none of the complaints which were filed by plaintiffs

Turner and Kendrick refer to Francis Perry and none of those complaints contain allegations of

constitutional violations against Francis Perry.  In light of such, the Court finds that plaintiff Francis

Perry's motions to proceed <u>in forma pauperis</u> and for a temporary restraining order should be denied

without prejudice.  Ms. Perry may file a separate complaint on her own behalf, alleging

constitutional violations by the defendants, if she so wishes.  Accordingly,

IT IS, THEREFORE, ORDERED that the motions to proceed in forma pauperis and for a temporary restraining order (DE ##19, 20, 21), filed by Francis Perry, are hereby DENIED without prejudice, and Ms. Perry is hereby DISMISSED as a party to this complaint.

IT IS SO ORDERED this 1st day of July, 2008.


_____
United States District Judge