IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CATHERYNNE W. KENDRICK,
ADC #708204                                                                                          PLAINTIFF

v.                                              1:08CV00026HLJ

SONYA DOUGLAS, et al.                                                                    DEFENDANTS

ORDER

This matter is before the Court on plaintiff's motion to voluntarily dismiss this action, to refund the partial filing fee assessed by this Court's June 30, 2008 Order, and cancel any remaining filing fees owed (DE #34).  However, according to the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(b)(1), "if a prisoner brings a civil action ... the prisoner shall be required to pay the full amount of a filing fee.  The court shall assess and, when funds exist, collect as a partial payment of any court fees...."  Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff Kendrick shall notify the Court within ten days of the date of this Order whether she intends to continue with her motion to voluntarily dismiss this action, although her obligation continues to satisfy the $350.00 filing fee for this action.  Failure to respond to this Order shall result in the dismissal of this action without prejudice.  See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 27th day of August, 2008.

_____
United States Magistrate Judge