IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CATHERYNNE W. KENDRICK,
ADC #708204                                                                                          PLAINTIFF

v.                                    1:08CV00026JMM/HLJ

SONYA DOUGLAS, et al.                                                                       DEFENDANTS

<u>ORDER</u>

This matter is before the Court on plaintiff's motions to voluntarily dismiss her case against defendants (DE ##34, 42). By Order dated August 27, 2008, the Court directed plaintiff to clarify her intentions following the filing of the first motion to dismiss, in light of the fact that plaintiff's filing fee would not be refunded. Plaintiff then filed a motion to change venue, which this Court denied by Order dated September 23, 2008, and now has filed a second motion to voluntarily dismiss this action. It appears to the Court from the plaintiff's filings that she intends to dismiss her action, regardless of the filing fee issue. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motions to voluntarily dismiss this action against defendants (DE ##34, 42), are hereby GRANTED.

IT IS FURTHER ORDERED that all other pending motions are hereby DENIED as moot.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 30th day of September, 2008.

_____
United States District Judge