IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CATHERYNNE W. KENDRICK,
ADC #708204                                                                                          PLAINTIFF

v.                                            1:08CV00026JMM/HLJ

SONYA DOUGLAS, et al.                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 30th day of September, 2008.

_____
United States District Judge